IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARIA F. WALLACE, | § |
| Plaintiff, | § |
| v. | § Civil Action No. 3:11-CV-859-M |
| NEIMAN MARCUS CORPORATION, | § |
| Defendant. | § |

### ORDER

The Court has under consideration the Findings, Conclusions, & Recommendation of the United States Magistrate Judge on *Defendant's Motion to Dismiss and Brief in Support*, filed June 24, 2011 (doc. 11). Because Plaintiff has timely filed an amended complaint as allowed by the recommendation, the motion is deemed moot. This action will now proceed on the amended complaint.

**SIGNED** this 1st day of December, 2011.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS