IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARIA F. WALLACE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:11-CV-859-M |
| | § | |
| NEIMAN MARCUS CORPORATION, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of the United States Magistrate Judge concerning *Defendant's Rule 12(b)(6) Motion to Dismiss Plaintiff's Amended Complaint and Brief in Support*, filed December 9, 2011 (doc. 22). No objections were filed. Having reviewed the proposed findings, conclusions, and recommendation for plain error and finding none, the Court accepts the findings, conclusions, and recommendation of the United States Magistrate Judge.

*Defendant's Rule 12(b)(6) Motion to Dismiss Plaintiff's Amended Complaint and Brief in Support*, filed December 9, 2011 (doc. 22) is **DENIED**.

**SIGNED** this 16th day of March, 2012.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS